JACOB HOFFMAN, Respondent, *v.* THE SOLVAY PROCESS COMPANY, Appellant.

*Hoffman* v. *The Solvay Process Company*, 29 App. Div. 624, affirmed.
(Argued June 11, 1900; decided October 2, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 14, 1898, affirming a judgment in favor of plaintiff entered upon a verdict.

*Louis L. Waters* and *E. J. Page* for appellant.

*P. J. Ryan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON and CULLEN, JJ.

---

HENRY P. McGOWN, JR., Respondent, *v.* MARY E. McGOWN, Appearing and Answering Herein as MARY E. BELL, Appellant.

*McGown* v. *McGown*, 19 App. Div. 368, affirmed.
(Argued June 12, 1900; decided October 2, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 19, 1897, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*L. B. Treadwell* and *R. W. Darling* for appellant.

*Charles Blandy* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON and CULLEN, JJ.